UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number:

---

PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee
Plaintiff,
v.

Charles A. Connors. Michelle A. Blanchette, Tracy M. Connors, Joseph D. Connors, United States of America, Massachusetts Department of Revenue, Defendants, Commonwealth of Massachusetts Executive Office of Health and Human Services, and any Unknown Heirs, Devisees and Legal Representatives of the Estate of Ellen B. Connors, Defendants.

---

## COMPLAINT

### INTRODUCTION

This is an action to interplead surplus funds derived from a foreclosure sale of real property. The action is commenced to determine the rights to said surplus funds by the named Defendants, who may have had an interest in the foreclosed property.

### JURISDICTION

Jurisdiction is proper as this action is in the nature of an interpleader with respect to property in the nature of surplus funds resulting from a foreclosure sale on real property encumbered by a lien in favor of the United States of America. 28 USC §2410(a)(5). Further, jurisdiction is proper as two or more adverse defendants have diverse citizenship as defined

1

under 28 U.S.C § 1332 and the value of the property in the possession of the Plaintiff exceeds five hundred ($500.00) dollars, pursuant to 28 U.S.C § 1335. Venue is proper because at least one defendant, Charles A. Connors, resides in Bristol County, Massachusetts, which is located in this court's judicial district. 28 USC §1391.

## PARTIES

1. Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, who has a last known address of 60 Livingston Avenue, St. Paul, MN 55107.

2. Defendant, Charles A. Connors, is a natural person who has a last known address of 61 Elizabeth Street, Apartment 9, Attleboro, MA 02703.

3. Defendant, Michelle A. Blanchette, is a natural person who has a last known address of 7 Erie Avenue, Newburyport, MA 01950.

4. Defendant, Tracy M. Connors, is a natural person who has a last known address of 17 Southway, Taunton, MA 02780.

5. Defendant, Joseph D. Connors, is a natural person who has a last known address of 66 Coolidge Road, West Yarmouth, MA 02673.

6. Defendant, Commonwealth of Massachusetts Executive Office of Health and Human Services, is a government agency of the Commonwealth of Massachusetts with an address c/o Estate Recovery Unit, P.O. Box 15205, Worcester, MA 01615-0205.

7. Defendants, any Unknown Heirs, Devisees and Legal Representatives of the Estate of Ellen B. Connors.

8. Defendant, United States of America, with a place of business at c/o U.S. Department of Justice, Office of the U.S. Attorney, One Courthouse Way, Suite 9200, Boston, MA 02210, and as set forth in 28 U.S.C § 2410.

9. Defendant, Massachusetts Department of Revenue, is a government agency of the Commonwealth of Massachusetts with an address c/o Litigation Bureau, Massachusetts Department of Revenue, P.O. Box 9565, 100 Cambridge Street, 7th Floor, Boston, MA 02114-9565.

## FACTS

10. Ellen B. Connors and Charles E. Connors granted a Mortgage to Plymouth Savings Bank on the property located at 20 Tall Pines Road, Plymouth, MA 02360 (the "Property"), dated April 30, 2004 and recorded at the Plymouth County Registry of Deeds, at Book 28133, Page 80 (the "Mortgage").

11. The mortgage was subsequently assigned as follows:

    a. Assigned to ABN AMRO Mortgage Group, Inc. by assignment recorded on June 15, 2006 at Plymouth County Registry of Deeds in Book 32863, Page 216;

    b. Assigned to Federal National Mortgage Association by assignment recorded on February 24, 2014 at Plymouth County Registry of Deeds in Book 44096, Page 182;

    c. Assigned to PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee by assignment recorded on January 4, 2017 at Plymouth County Registry of Deeds in Book 47964, Page 142.

12. On May 9, 2018, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, as first mortgagee, sold by foreclosure auction (the "Auction") the Property, for breach of the condition pursuant to the Statutory Power of Sale contained in the Mortgage.

13. At the Auction, the Property sold to an arm's length third party purchaser for value in the amount of $221,000.00, with a Foreclosure Deed dated July 26, 2018 and recorded at Plymouth County Registry of Deeds on July 31, 2018 at Book 50112, Page 290. *See* Exhibit A

14. After deduction and payment of the balance due to PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee on the first mortgage and the fees and costs for the foreclosure pursuant to the terms of the Mortgage and M.G.L. Ch 183 § 27, there are funds in the amount of $59,204.40 remaining from the Auction. ("Surplus"). *See* Exhibit B.

15. The following persons and entities appear of record to be the persons or entities having an interest in the Surplus Funds:

    a. Defendant, Charles A. Connors, holder of the equity of redemption.

    b. Defendant, Michelle A. Blanchette, holder of the equity of redemption.

    c. Defendant, Tracy M. Connors, holder of the equity of redemption.

    d. Defendant, Joseph D. Connors, holder of the equity of redemption.

    e. Defendant, Commonwealth of Massachusetts Executive Office of Health and Human Services, holder of a lien recorded at the Plymouth County Registry of Deeds in Book 39909, Page 70. *See* Exhibit C.

    f.  Defendants, any Unknown Heirs, Devisees, and Legal Representatives of the Estate of Ellen B. Connors, holders of the equity of redemption.

    g.  Defendant, United States of America, is a purported lien holder of the estate of Ellen B. Connors, pursuant to the laws of the Internal Revenue Service codified in under 26 U.S.C. § 2001 § 6324;

    h.  Defendant, Massachusetts Department of Revenue, is a purported lien holder of the estate of Ellen B. Connors, pursuant to the laws of the Commonwealth of Massachusetts codified in M.G.L. c. 65C § 14.

### COUNT ONE — DECLARATORY JUDGMENT

16.   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee asserts that it may be subject to disputed claims to the Surplus.

17.   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee is unaware of the respective rights of the Defendants and is unable to determine to whom the Surplus Funds are justly due and payable and in what amounts.

18.   PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee has an interest in the Surplus to the extent the law allows it to recover its costs and expenses associated with this interpleader action paid from the Surplus.

**WHEREFORE**, Plaintiff, PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee prays that:

a. The Defendants be restrained from instituting any action against the Plaintiff for the recovery of the Surplus Proceeds or any part thereof;

b. The Plaintiff be allowed its costs, expenses, and reasonable attorney's fees in this Interpleader Action;

c. The Plaintiff be permitted to pay into this Court the Surplus, less the reasonable attorney's fees and costs incurred by the plaintiff in connection with the filing and prosecution of this action;

d. Following depositing the Surplus with the Court, the Plaintiff be dismissed from this action;

e. For the defendants to make their claims to the Surplus, if any, in this case to the Court;

f. For such other and further relief as this Court deems just and proper.

Respectfully Submitted,
Plaintiff,
PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee
By Its Attorney,

/s/ Matthew Dailey
Matthew Dailey
BBO #: 672242
Orlans PC
465 Waverley Oaks Road
Waltham, MA 02452.
(781) 790-7800
File 17-013849

Dated: September 13, 2018